Alfred Leclerc
vs.
Leo Raymond, d/b/a
Raymond Bros.
⎱ W. C. A. No. 1624.

December 3, 1934.

WALSH, J. This is a petition for relief under the terms of the Workmen's Compensation Act.

Petitioner was employed by respondent as driver of a milk truck which delivered milk at retail. In June 1933, the petitioner suffered injuries to his left knee as a result of a collision while he was driving respondent's milk truck. In the fall of 1933, petitioner claims he sustained another injury to the same knee at about the same location on the knee by reason of being struck by a milk rack in the hands of another employee of respondent.

The evidence clearly shows that the knee injury in the June accident consisted of a laceration of a muscle and possibly a tendon in the left knee and that the injury was of sufficient severity to keep the petitioner out of work for about eight weeks. It is also clearly shown that sometime in the fall of 1933 the same knee was injured again by being struck by the edge of this milk rack. The second injury opened up the scar caused by the first injury and bled profusely at the time of its occurrence. The date of the second injury is indefinite but that it occurred is conclusively shown. On December 18, 1933, petitioner went to the hospital for an operation on this knee. The surgeon found a severance of the muscle and tendon of the vastus muscle, so-called, which he repaired. The petitioner remained in the hospital from December 18, 1933 to February 4, 1934, then went to his home under treatment until about the middle of May, 1934, when he was able in the opinion of the surgeon to perform partially his former duties. In other words, he was able to drive his truck at that time but would have to employ someone to go up and down stairs. On July 1, 1934, the surgeon's testimony convinces us, he was fully recovered and able to perform all the duties of his job. Counsel agree that his average weekly wage was $20.12 and that $10.06 per week is the figure we should use in computing compensation.

We find that the injury to the knee

in the fall of 1933 was caused by the milk rack in the hands of respondent's employee; that that injury resulted in the severance of the vastus muscle and tendon; that the injury was caused during the course of the employment of petitioner; that said injury was not caused by any fault or misconduct of the petitioner under the terms of the Workmen's Compensation Act that petitioner was totally disabled as a result of this second injury to his left knee from December 18, 1933 to May 15, 1934, for which period he is entitled to receive compensation from respondent at the rate of $10.06 per week; that from May 15, 1934 to July 1, 1934, petitioner was partially disabled to the extent that he was unable to use stairs; that he employed a boy at the rate of $3.75 per week to do this climbing of stairs for him; that the rate per week for this partial disability shall be $1.88.

For petitioner: Henry E. Crowe.

For respondent: McGovern & Slattery.